UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
ALAINA SPILKEVITZ,

    Plaintiff,

v.

CHASE INVESTMENT SERVICES CORP.,
LAWRENCE MCGOVERN, RICHARD
EISEMAN, and ROBERT V. GARRETT,

    Defendants.
-------------------------------------------------------------x

08 CV 3407 (SJF) (ETB)

**ECF CASE**

**NOTICE OF MOTION**

    **PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of their Motions In Limine and the declaration of Lauren Breitman Tanen, together with Exhibits 1 through 9 annexed thereto; and upon all the pleadings and proceedings herein, Defendants request that this Court in connection with these motions: (i) exclude testimony concerning an alleged sexual proposition of Plaintiff by Garrett; (ii) exclude as hearsay testimony from Plaintiff's husband concerning that alleged incident; (iii) exclude evidence concerning alleged male comparators on various grounds, primarily lack of personal knowledge; (iv) strike Plaintiff's claim for expungement of marks on her regulatory license and bar testimony regarding the merits of the customer complaints underlying those marks; (v) exclude the purported transcript and audio recording of a telephone call between Plaintiff's counsel and one of Plaintiff's former customers; (vi) prevent Plaintiff from offering her own handwritten notes as affirmative evidence in support of her case and (vii) exclude testimony from witness Jennifer Watts.

NY1 26599930.1

2

Dated: New York, New York
      December 2, 2009

Respectfully submitted,

SEYFARTH SHAW LLP

By: <u>s/ Lauren Breitman Tanen</u>
    Robert S. Whitman
    Lauren Breitman Tanen

620 Eighth Avenue
New York, New York 10018-1405
ph:  (212) 218-5629
fax:  (917) 344-1258
rwhitman@seyfarth.com

Attorneys for Defendants

2