# CIVIL CAUSE FOR TELEPHONE CONFERENCE

## BEFORE: JUDGE FEUERSTEIN

**DATE:** December 2, 2009

**TIME:** 30 minutes

**CASE NUMBER:** 2:08-cv-03407-SJF-ETB

**CASE TITLE:** Spilkevitz v. J.P. Morgan Chase & Co. et al

**PLTFFS ATTY:** Steven Morelli & Eric Tilton
  X present    ___ not present

**DEFTS ATTY:** Lauren Tanen
  X present    ___ not present

**COURT REPORTER:**    **COURTROOM DEPUTY:** BRYAN MORABITO

**OTHER:** _____

X   CASE CALLED.

___ ARGUMENT HEARD / CONT'D TO _____.

___ DECISION:   ORDER(S) SIGNED / ENTERED ON THE RECORD / RESERVED.

**OTHER:** Settlement conference is scheduled before Judge Feuerstein on 12/3/09 at 11:00 am.