UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------x
ANNA SCHASTIVTEVA,

                              Plaintiff,                    Docket No.: 09 Civ. 4043
                                                                                             (JS) (WDW)

     against-

WANGS ALLIANCE CORPORATION
d/b/a W.A.C. LIGHTING,

                              Defendant.
--------------------------------------------------------------------x

NOTICE OF CHANGE OF ADDRESS

TO: ATTORNEY SERVICE CLERK AND ALL OTHER PARTIES

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information changes for: Steven A. Morelli

Attorney
    I am a United States District Court, Eastern District of New York attorney. My EDNY Bar Number is: SM4721; My State Bar Number is: 1786599

Law Firm
    The Law Office of Steven A. Morelli, P.C.

Address - 1461 Franklin Ave
        Garden City, NY 11530

Telephone - (516) 393-9151

Fax No - (516) 495-5214

E-Mail Address – smorelli@smorellilaw.com


Dated: Garden City, New York                          S/
       June 3, 2010                                Steven A. Morelli, Esq.